**Carolyn E. REED–SMITH, Plaintiff–Appellant,**

v.

**SPARTANBURG COUNTY SCHOOL DISTRICT SEVEN, Defendant–Appellee.**

No. 15–1300.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 21, 2015.

Carolyn E. Reed–Smith, Appellant Pro Se. Carlos C. Johnson, Kenneth William

Nettles, Jr., Lyles Darr & Clark, LLP, Spartanburg, South Carolina, for Appellee.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn E. Reed–Smith appeals the district court's order denying her Fed. R.Civ.P. 60(b) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Reed–Smith's informal brief does not challenge the basis for the district court's disposition, Reed–Smith has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*